## THE MARGOLIN & WEINREB LAW GROUP, LLP
Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055
FAX (516) 945-6056

www.nyfclaw.com

June 5, 2019

*Via USPS Return-Receipt Mail*    7018 1130 0001 9297 1701

Kahlil Gasper
3185 Perlita Avenue
Los Angeles, CA 90039

RE:   Assets Recovery 23 LLC v. Kahlil Gasper, et al.,
       19-cv-02628-ENV-SJB

Dear Sir or Madam:

We represent the Plaintiff in the above-referenced foreclosure action. As per the enclosed Scheduling Order entered on May 30, 2019 [ECF Doc. No. 11], an Initial Conference is scheduled for July 26, 2019 at 12:00 p.m.

On July 26, 2019, all parties are to appear at the **United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, in** Courtroom 324N before Magistrate Judge Sanket J. Bulsara. All parties shall appear with authority, or with individuals with authority.

Let this letter serve as notice of the foregoing. Should you have further inquiries please contact the undersigned.

Thank You,

/s/ *Alan H. Weinreb*
Alan H. Weinreb, Esq.

*Enclosure(s)*

1 | Page

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Assests Recovery 23, LLC

**ORDER**

-against-

19-cv-02628- ENV-SJB

Kahlil Gasper, et al.

-------------------------------------------------------------------X

**BULSARA, United States Magistrate Judge:**

An in person initial conference will be held at **12:00 P.M. on July 26, 2019 in Courtroom 324N** of the United States Courthouse, 225 Cadman Plaza East, Brooklyn , New York. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference. Counsel for Plaintiff is directed to immediately forward a copy of this Order to the Defendant, who is proceeding pro se, via return receipt delivery and file proof of services with the Court.

SO ORDERED.

/s/ Sanket J. Bulsara
_____
SANKET J. BULSARA
United States Magistrate Judge

May 30, 2019
Brooklyn, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x    19-cv-02628-ENV-SJB

Assets Recovery 23, LLC,

                                                          -against-   AFFIDAVIT OF
                                                                                                                                                   SERVICE

Kahlil Gasper, et al

-------------------------------------------------------------------------x

STATE OF NEW YORK)
                       )ss:
COUNTY OF NASSAU )

       Dina-Michele Boccuzzi, being duly sworn, deposes and says:

       That I am not a party to the action, am over the age of 18 years and reside in Nassau County, State of New York.

       That on June 5, 2019, I served the within Letter of Initial Conference with Scheduling Order by depositing a true copy thereof in a post-paid wrapper, by USPS Return-Receipt Mail with Certified Tracking in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

KAHLIL GASPER
3185 Perlita Avenue
Los Angeles, CA 90039
Certified Tracking #   7018 1130 0001 9297 1701

                                                                         _____
                                                                         Dina-Michele Boccuzzi

Sworn to before me this 5th day of June, 2019

_____
Notary Public

MARIA PISCITELLI
Notary Public, State of New York
No. 01PI6364713
Qualified in Nassau County
Commission Expires September 18, 2021

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $ 3.50
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $ 2.80
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $
Postage  $ .50
Total Postage and Fees  $ 6.80

Postmark Here

#14-0179

Sent To: KAHLIL GASPER
Street and Apt. No., or PO Box No.: 3185 Perlita Avenue
City, State, ZIP+4: Los Angeles, CA 90039

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Certified Mail tracking: 7018 1130 0001 9297 1701

THE MARGOLIN & WEINREB
LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, NY 11791

Khalil Gasper
3185 Perlita Avenue
Los Angeles, CA 90039

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Khalil Gasper
   3185 Perlita Avenue
   Los Angeles, CA 90039

   9590 9402 5100 9092 0746 01

2. Article Number (Transfer from service label)

   7018 1130 0001 9297 1701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt