

MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

June 28, 2024

<u>*Via ECF*</u>
Judge Nicholas G. Garaufis
United States District Court - EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Assets Recovery 23, LLC v. Gasper, et al., 19-cv-02628-NGG-CLP</u>

Dear Judge Garaufis:

      We represent the Plaintiff in the above-referenced action. We write to respectfully request an extension of time to renew the Motion for summary judgment or file an amended pursuant to Your Honor's Order entered at Docket No. 71 until August 23, 2024. This is the first request for said extension. The reason for this request is that your undersigned underwent surgery last month and has been in recovery since the entry of the above-referenced order.

      We thank the Court for its review of our submission.

                                 Respectfully submitted,

                                 */s/ Alan H. Weinreb*
                                  Alan H. Weinreb, Esq.

cc: Kahlil Gasper, *Defendant pro se* (via first class mail)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM